**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1382**

_____

MONICA B. MACEDON,

        Plaintiff - Appellant,

    v.

JACKIE CASTLE, Assistant Clerk of Superior Court; THOMAS E. MCDONALD, Attorney, Brock & Scott, PLLC c/o U.S. Bank Trust N.A.; SELECT PORTFOLIO SERVICING, INC., (SPS); RANDHIR GANDHI, CEO for SPS; STATE OF NORTH CAROLINA; PITT COUNTY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Terrence W. Boyle, District Judge.  (4:24-cv-00066-BO-BM)

_____

Submitted:  August 21, 2025                    Decided:  August 25, 2025

_____

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monica B. Macedon, Appellant Pro Se.  Tamika Lynn Henderson, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Alan Marc Presel, BROCK & SCOTT, PLLC, Charlotte, North Carolina; Matthew Adams Abee, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South Carolina; Frederick Hughes Bailey, III, SUMRELL SUGG, PA, New Bern, North

Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica B. Macedon appeals the district court's order granting Defendants' motions to dismiss and dismissing with prejudice Macedon's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Macedon v. Castle*, No. 4:24-cv-00066-BO-BM (E.D.N.C. Mar. 9, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*